UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IVAN LEE GALLIANO                                          CIVIL ACTION

VERSUS                                                     NUMBER: 21-1727

LAFOURCHE PARISH, ET AL.                                   SECTION: "R"(5)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's suit is dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this  1st  day of        October         , 2021.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE